HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York  10016
Tel. (212) 592-1400
Fax. (212) 592-1500
William H. Fried
wfried@herrick.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
EVGENY A. FREIDMAN, VLADIMIR BASIN, :
MAMED DZHANIYEV, Victory Taxi Garage Inc., :
Tunnel Taxi Management, LLC, Downtown Taxi :
Management, LLC, Bazar Taxi Inc., Patron Taxi : Civ. No. 08 CV 02458 (SAS)
LLC, Grappa Taxi LLC, Cognac Taxi LLC, :
Calvados Taxi LLC, Tequila Taxi LLC, Jack :
Daniels Taxi LLC, Murzik Taxi Inc., Malinka Taxi :
Inc., Yagodka Taxi Inc., Persik Taxi Inc., Bratishka : **RULE 7.1 STATEMENT**
Taxi Inc., Pumo Taxi Inc., Piguet Taxi Inc., :
Kormilitsa Taxi Inc., Prada Taxi, Inc., Student Taxi :
Inc., Hublot Taxi Inc., Torpedo Taxi Inc., Black :
Label Taxi LLC, Praga Taxi Inc., Two Hump Taxi :
LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria
Taxi LLC, Volba Taxi Inc.,

                            Plaintiffs,

    -against-

GENERAL MOTORS CORP., ELDORADO
NATIONAL, INC., and ARCOLA SALES &
SERVICE CORP.

                            Defendants.

------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs certifies that that there are no corporate parents, affiliates and/or subsidiaries of any Plaintiffs.

Dated: New York, New York
March 10, 2008

HERRICK, FEINSTEIN LLP

By: _____
William H. Fried (wfried@herrick.com)
2 Park Avenue
New York, New York 10016
(212) 592-1400

*Attorney for Plaintiffs*

To: DEFENDANTS
General Motors Corp.
300 Renaissance Center
MC 482-C24-C66
Tower 300, 24th Floor
Detroit, MI 48265

ElDorado National, Inc.
1655 Wall Street
P.O. Box 3260
Salina, KS 67401

Arcola Sales & Service Corp.
51 Kero Road
Carlstadt, NJ 07072-2601