# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 02458                                          Date Filed: _____

Plaintiff:
**EVGENY A. FRIEDMAN, et al**

vs.

Defendant:
**GENERAL MOTORS CORP., et al**

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on **GENERAL MOTORS CORPORATION located at 300 Renaissance Center, Detroit, Michigan 48265.**

I, Wendell Byrd, being duly sworn, depose and say that on the **12th day of March, 2008 at 2:15 pm, I:**

Personally served GENERAL MOTORS CORPORATION by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, E-filing Rules and Instructions and Individual Rules for Judge Scheindlin and Mag Judge Francis** to Lisa Hoffman, Authorized Agent, as authorized to accept on behalf of GENERAL MOTORS CORPORATION.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 130, Hair: Red, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 13th day of March, 2008 by the affiant who is personally known to me.

KEVIN MORRIS
Notary Public, Oakland County, MI
Acting in Wayne County, MI
My Commission Expires May 1, 2010

Wendell Byrd
Process Server

Our Job Serial Number: 2008001068
Ref: C/M # 11894-0002

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 02458                              Date Filed: 3/11/2008

Plaintiff:
**Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, et. al. (see attached Rider A)**
vs.
Defendant:
**General Motors Corp., et. al.,**
State of New York, County of Albany)ss.:

Received these papers to be served on **General Motors Corp.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **13th day of March, 2008** at **1:00 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, E-filing Rules and Instructions and Individual Rules for Judge Scheindlin and Mag Judge Francis, pursuant to section 307 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of New York State Department of State. Thereafter deponent enclosed a copy thereof with notice in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business: 300 Renaissance Center, Detroit, MI 48265. Certified Mailing Receipt No: RR 597 129 298 US

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 13th day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

J.R. O'Rourke
Process Server

Our Job Serial Number: 2008000919
Ref: 1059



```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  200803130211                          Cash #: 200803130209
Date of Service:  03/13/2008                      Fee Paid: $40 - CHECK
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to:  SECTION 307 OF THE BUSINESS
    CORPORATION LAW

Party Served:  GENERAL MOTORS CORP.


Plaintiff/Petitioner:
           FREIDMAN, EVGENY A



Service of Process Address:

 /

                                                  Secretary of State
                                                  By  DONNA CHRISTIE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, et al. (see attached Rider A)

V.

General Motors Corp., ElDorado National, Inc., and Arcola Sales & Service Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CV 02458

TO: (Name and address of Defendant)

General Motors Corp., 300 Renaissance Center, Detroit, Michigan 48265;
ElDorado National, Inc., 1655 Wall St., Salina, Kansas 67401;
Arcola Sales & Service Corp., 51 Kero Road, Carlstadt, New Jersey 07072.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Fried
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
wfried@herrick.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAR 1 1 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       *Date*               *Signature of Server*

                                          _____
                                          *Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RIDER A TO SUMMONS

**PLAINTIFFS:**

EVGENY A. FREIDMAN, VLADIMIR BASIN, MAMED DZHANIYEV, Victory Taxi Garage Inc., Tunnel Taxi Management, LLC, Downtown Taxi Management, LLC, Bazar Taxi Inc., Patron Taxi LLC, Grappa Taxi LLC, Cognac Taxi LLC, Calvados Taxi LLC, Tequila Taxi LLC, Jack Daniels Taxi LLC, Murzik Taxi Inc., Malinka Taxi Inc., Yagodka Taxi Inc., Persik Taxi Inc., Bratishka Taxi Inc., Pumo Taxi Inc., Piguet Taxi Inc., Kormilitsa Taxi Inc., Prada Taxi, Inc., Student Taxi Inc., Hublot Taxi Inc., Torpedo Taxi Inc., Black Label Taxi LLC, Praga Taxi Inc., Two Hump Taxi LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria Taxi LLC, Volba Taxi Inc.