UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**EVGENY A. FREIDMAN, ET AL** ) Index No.: 08 CV 02453
)
)
)
**Plaintiff** ) **AFFIDAVIT OF SERVICE**
v. )
**GENERAL MOTORS CORP., ET AL** )
)
)
**Defendant** )

STATE OF NJ: COUNTY OF MIDDLESEX    ss:

I, ROBERT F. TAYLOR, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NJ.   That on MARCH 12, 2008 at 1:19 PM at 51 KERO ROAD, CARLSTADT, NJ 07072, deponent served the within CIVIL COVER SHEET; SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT; JURY TRIAL DEMANDED;
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE FRANCIS; INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN, USDJ; INSTRUCTIONS FOR ATTORNEYS AND PROCEDURES AND INSTRUCTIONS FOR ELECTRONIC CASE FILING. on ARCOLA SALES AND SERVICE CORP. therein named.

CORPORATION:   a   corporation by delivering thereat a true copy of each to JOHN AKERLIND personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the CONTROLLER thereof.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: WHITE      Hair: Bald/S&P      Glasses: No      Approx. Age: 52      Height: 5" 8"      Weight: 145
Distinguishing Features: MUSTACHE

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ROBERT F. TAYLOR
COURT SUPPORT, INC
181 HILLSIDE AVE
WILLISTON, NY 11596
(516) 742-7455

Subscribed and sworn to before me, a notary public, on this ___12th___ day of ___March___, 2008.

Dolores J. Taylor
My commission expires 4/28/09

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 02458                                    Date Filed: 3/11/2008

Plaintiff:
**Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, et. al. (see attached Rider A)**
vs.
Defendant:
**General Motors Corp., et. al.,**
**State of New York, County of Albany)ss.:**

Received these papers to be served on **Arcola Sales & Service Corp.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **13th day of March, 2008** at **1:00 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons, Complaint, Civil Cover Sheet, E-filing Rules and Instructions and Individual Rules for Judge Scheindlin and Mag Judge Francis, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 13th day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

J.R. O'Rourke
Process Server

Our Job Serial Number: 2008000917
Ref: 1061

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

State of New York - Department of State
Receipt for Service

Receipt #: 200803130212
Date of Service: 03/13/2008
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Cash #: 200803130210
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: ARCOLA SALES & SERVICE CORP.

Plaintiff/Petitioner:
    FREIDMAN, EVGENY A

Service of Process Address:
ARCOLA SALES & SERVICE CORP.
51 KERO ROAD
CARLSTADT, NJ 07072

Secretary of State
By DONNA CHRISTIE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, et al. (see attached Rider A)

V.

General Motors Corp., ElDorado National, Inc., and Arcola Sales & Service Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CV 02458

TO: (Name and address of Defendant)

General Motors Corp., 300 Renaissance Center, Detroit, Michigan 48265;
ElDorado National, Inc., 1655 Wall St., Salina, Kansas 67401;
Arcola Sales & Service Corp., 51 Kero Road, Carlstadt, New Jersey 07072.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Fried
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
wfried@herrick.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE  MAR 1 1 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                              _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RIDER A TO SUMMONS

**PLAINTIFFS:**

EVGENY A. FREIDMAN, VLADIMIR BASIN, MAMED DZHANIYEV, Victory Taxi Garage Inc., Tunnel Taxi Management, LLC, Downtown Taxi Management, LLC, Bazar Taxi Inc., Patron Taxi LLC, Grappa Taxi LLC, Cognac Taxi LLC, Calvados Taxi LLC, Tequila Taxi LLC, Jack Daniels Taxi LLC, Murzik Taxi Inc., Malinka Taxi Inc., Yagodka Taxi Inc., Persik Taxi Inc., Bratishka Taxi Inc., Pumo Taxi Inc., Piguet Taxi Inc., Kormilitsa Taxi Inc., Prada Taxi, Inc., Student Taxi Inc., Hublot Taxi Inc., Torpedo Taxi Inc., Black Label Taxi LLC, Praga Taxi Inc., Two Hump Taxi LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria Taxi LLC, Volba Taxi Inc.