IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EVGENY A. FREIDMAN, VLADIMIR BASIN,
MAMED DZHANIYEV, Vicotry Taxi Garage
Inc., Tunnel Taxi Management, LLC, Downtown
Taxi Management, LLC, Bazar Taxi INc., Patron
Taxi LLC, Grappa Taxi LLC, Tequila Taxi LLC,
Jack Daniels Taxi LLC, Murzik Taxi, Inc.,
Malinka Taxi Inc., Yagodka Taxi Inc., Persik
TAxi, Inc., Bratishka Taxi Inc., Pumo Taxi Inc.,
Piguet Inc.m Kormilitsa Taxi Inc., Prada Taxi,
Inc., Student Taxi., Inc. Hublot Taxi Inc., Torpedo
Taxi Inc., Black Label Taxi LLC, Praga Taxi In.,
Two Hump Taxi LLC, Kroshka Taxi INc.,
Lacoste Taxi Inc., Sangria Taxi LLC, Volba Taxi
Inc.,

          Plaintiffs,

          -against-

GENERAL MOTORS CORP., ELDORADO
NATIONAL, INC. and ARCOLA SLAES &
SERVICE CORP.,

          Defendants.



Civil Action No. 08-CV-02458-SES

**STIPULATION FOR
ENLARGEMENT OF TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND TO
PLAINTIFFS' COMPLAINT**



FILED: 3/28/08

AND NOW, this 26th day of March, 2008, the plaintiffs and defendant, General Motors Corporation, through their undersigned counsel, stipulate that the time within which the defendant, General Motors Corporation, may answer, move or otherwise respond to the plaintiffs' Complaint is extended for thirty (30) days until May 1, 2008. No such prior extension has been sought or granted.

_____     _____
William Fried, Esq.                               Francis F. Quinn, Esq. (5787)
Herrick, Feinstein, LLP                         Lavin, O'Neil, Ricci, Cedrone & DiSipio
2 Park Avenue                                       420 Lexington Avenue
New York, New York 10016                Graybar Building
(212) 592-1400                                       New York, New York 10170
E-mail: wfried@herrick.com            Tel No. (212) 319-6898
Attorneys for Plaintiffs                         Fax No. (212) 319-6932
                                                              E-mail: tmchugh@lavin-law.com

                                                              Attorney for Defendant,
                                                              General Motors Corporation


Approved and So Ordered

This 24 Day of March, 2008:

_____
                                           J.