UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

---

EVGENY A. FREIDMAN, VLADIMIR BASIN,
MAMED DZHANIYEV, ET AL.

          Plaintiffs,

- against -

GENERAL MOTORS CORP., ELDORADO NATIONAL,
INC., and ARCOLA SALES & SERVICE CORP.,

          Defendants.

No. 08-CV-02458 (SAS)

**STIPULATION
EXTENDING TIME**

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendant ElDorado National, Inc. ("ElDorado") in the above-captioned action, that the time for ElDorado to answer, move against, or otherwise respond to Plaintiffs' Complaint is hereby extended to and including May 14, 2008.

Dated: April 1, 2008
New York, New York

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: _____
Jamison A. Diehl
590 Madison Avenue
New York, NY 10022-2525
Telephone:   (212) 872-8054
Fax:         (212) 872-1002
jdiehl@akingump.com

Counsel for Defendant ElDorado National, Inc.

HERRICK, FEINSTEIN LLP

By: _____
William Fried
2 Park Avenue
New York, NY 10016
Telephone:   (212) 592-1400
wfried@herrick.com

Counsel for Plaintiffs

**SO ORDERED:**

Dated:   New York, New York

_____
Hon. Scheindlin
United States District Judge

April 3, 2008