UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVGENY A. FREIDMAN, et. al.,

    -against-

GENERAL MOTORS CORP., ELDORADO
NATIONAL, INC. and ARCOLA SALES &
SERVICE CORP.,

    Defendants.

------------------------------------------------------------X

03 CV 02458 (SAS)

08 Civ. 2458

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between HERRICK FEINSTEIN LLP, attorneys for the Plaintiffs, and McLAUGHLIN & STERN, LLP, New York Co-Counsel to WACKS & HARTMANN, LLC, Attorneys for Defendant ARCOLA SALES & SERVICE CORP. ("ARCOLA"), as follows:

1.    ARCOLA's time to serve and file an Answer or otherwise make any motion with respect to the Verified Complaint is hereby extended from April 11, 2008 to May 1, 2008.

Dated: New York, New York
       April 18, 2008

                              McLAUGHLIN & STERN, LLP

                              By /s/ Paul H. Levinson
                              PAUL H. LEVINSON (PL 5528)
                              plevinson@mclaughlinstern.com
                              Attorneys for Plaintiff
                              260 Madison Avenue
                              New York, NY 10016
                              (212) 448-1100

                              -continued-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/08

HERRICK FEINSTEIN, LLP

By _____
WILLIAM FRIED (WF 2106)
wfried@herrick.com
Attorneys for Plaintiffs
2 Park Avenue
New York, NY 10016
(212) 592-1400

SO ORDERED:

_____
U.S.D.C.J.

4/22/08