UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVGENY A. FREIDMAN, VLADIMIR
BASIN, MAMED DZHANIYEV, Victory Taxi
Garage Inc., Tunnel Taxi Management, LLC,
Downtown Taxi Management, LLC, Bazar Taxi
Inc., Patron Taxi LLC, Grappa Taxi LLC,
Cognac Taxi LLC, Calvados Taxi LLC, Tequila
Taxi LLC, Jack Daniels Taxi LLC, Murzik Taxi
Inc., Malinka Taxi Inc., Yagodka Taxi Inc.,
Persik Taxi Inc., Bratishka Taxi Inc., Purno Taxi
Inc., Piguet Taxi Inc. Kormilitsa Taxi Inc., Prada
Taxi, Inc., Student Taxi Inc., Hublot Taxi Inc.,
Torpedo Taxi Inc., Black Label Taxi LLC, Praga
Taxi Inc., Two Hump Taxi LLC, Kroshka Taxi
Inc., Lacoste Taxi Inc., Sangria Taxi LLC, Volba
Taxi Inc.

       Plaintiffs,

v.

GENERAL MOTORS CORP., ELDORADO
NATIONAL, INC., and ARCOLA SALES &
SERVICE CORP.,

       Defendants.
------------------------------------------------------------X

08 CV 02458

PROPOSED ORDER FOR ADMISSION
PRO HAC VICE
**UPON LETTER APPLICATION**



Upon the letter application of Paul H. Levinson, Esq., attorney for defendant ARCOLA

SALES & SERVICE, CORP. and with the consent of plaintiffs, by their attorneys, Herrick

Feinstein, LLP,

IT IS HEREBY ORDERED THAT:

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC

is admitted to practice *pro hac vice* as counsel for defendant ARCOLA SALES & SERVICE

1

CORP. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this case is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       April 24, 2008

                              SO ORDERED:

                              _____
                              USDCJ