Paul H. Levinson, Esq. (PL 5528)
plevinson@mclaughlinstern.com
Magnolia D. Levy (ML 5029)
mlevy@mclaughlinstern.com
**McLaughlin & Stern, LLP**
260 Madison Avenue, 18th Floor
New York, New York 10016
Tel.: (212) 448-1100 (ext. 190)

*New York Co-Counsel for Defendant Arcola Sales & Service Corp.*

Christopher E. Hartmann, Esq. (CH 4873)
Hartman.christopher@yahoo.com
**Wacks & Hartmann, LLC**
404 Park Avenue South, 14th Floor
New York, New York 10016
(973) 644-0770 (ext. 204)
(212) 481-2744

*Attorneys for Defendant Arcola Sales & Service Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EVGENY A. FREIDMAN, VLADIMIR BASIN,
MAMED DZHANIYEV, Victory Taxi Garage Inc.,
Tunnel Taxi Management, LLC, Downtown Taxi
Management, LLC, Bazar Taxi Inc., Patron Taxi LLC,
Grappa Taxi LLC, Cognac Taxi LLC, Calvados
Taxi LLC, Tequila Taxi LLC, Jack Daniels Taxi LLC
Murzik Taxi Inc., Malinka Taxi Inc., Yagodka Taxi
Inc., Persik Taxi Inc., Bratishka Taxi Inc., Purno Taxi
Inc., Piguet Taxi Inc., Kormilitsa Taxi Inc., Prada Taxi,
Inc., Student Taxi Inc., Hublot Taxi Inc., Torpedo Taxi
Inc., Black Label Taxi LLC, Praga Taxi Inc., Two Hump
Taxi LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria
Taxi LLC, Volba Taxi Inc.,

**STATEMENT PURSUANT TO**
**FED.R.CIV.P.7.1**

08 CV 02458

Plaintiffs,

v.

GENERAL MOTORS CORP., ELDORADO NATIONAL,
INC., and ARCOLA SALES & SERVICE CORP.,

Defendants.

-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant ARCOLA SALES & SERVICE CORP. has no corporate parent and is not publicly held.

Dated: New York, New York
April 30, 2008

                               **McLAUGHLIN & STERN, LLP**

By: _____/s/ Paul H. Levinson_____
       Paul H. Levinson, Esq. (PL 5528)
       Magnolia D. Levy, Esq. (ML 5029)
       260 Madison Avenue
       New York, NY 10037
       (212) 448-1100

       *New York Co-Counsel for Defendant Arcola*
                *Sales & Service Corp.*

                and

       Christopher E. Hartmann, Esq. (CH 4873)
       WACKS & HARTMANN, LLC
       404 Park Avenue South, 14th Floor
       New York, New York 10016
       (973) 644-0770 (ext. 204)
       (212) 481-2744

       *Attorneys for Defendant Arcola*
              *Sales & Service Corp.*