STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BERNADETTE JORDAN, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

On April 30, 2008, I served the annexed STATEMENT PURSUANT TO FED.R.CIV.P.7.1, upon the offices of HERRICK FEINSTEIN LLP, Attorneys for Plaintiff, located at 2 Park Avenue, New York 10016, to email address wfried@herrick.com (Attn: William Fried, Esq.) and by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorneys at the address set forth above.

_____
BERNADETTE JORDAN

Sworn to before me this
30th day of April, 2008

_____
Notary Public

JANET C. NESCHIS
Notary Public, State of New York
No. 02NE4773080
Qualified in Westchester County
Commission Expires Sept. 30, 2010