STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BERNADETTE JORDAN, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

On April 30, 2008, I served the annexed ANSWER TO VERIFIED COMPLAINT BY DEFENDANT ARCOLA SALES & SERVICE CORP., upon the offices of MERRICK FEINSTEIN LLP, Attorneys for Plaintiff, located at 2 Park Avenue, New York 10016, to email address wfried@herrick.com (Attn: William Fried, Esq.) and by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorneys at the address set forth above.

_____
BERNADETTE JORDAN

Sworn to before me this

30 day of April, 2008

_____
Notary Public

MAGNOLIA O. LEVY
Notary Public, State of New York
No. 02LE6113016
Certificate Filed in New York County
Commission Expires Aug. 2, 20__