**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Evgeny A. Freidman, Vladimir Basin,                       :
Mamed Dzhaniyev, Victory Taxi Garage                     :
Inc., Tunnel Taxi Management LLC,                          :
Downtown Taxi Management LLC, Bazar                       :
Taxi Inc., Patron Taxi LLC, Grappa Taxi                   :
LLC, Tequila Taxi LLC, Jack Daniels                        :
Taxi, LLC, Murzik Taxi Inc., Malinka                      :
Taxi Inc., Yagodka Taxi Inc., Persik Taxi                :
Inc., Bratishka Taxi Inc., Pumo Taxi Inc.,               :
Piguet Inc., Kormilitsa Taxi Inc., Prada                  :
Taxi Inc., Student Taxi Inc., Hublot Taxi                 :
Inc., Torpedo Taxi Inc., Black Label Taxi                 :          **Civil Action No. 1:08-CV-02458-SAS**
LLC, Praga Taxi Inc., Two Hump Taxi,                      :
LLC, Kroshka Taxi Inc., Lacoste Taxi                      :
Inc., Sangria Taxi LLC, Volba Taxi Inc.,                  :
                                                          :
                    Plaintiffs,                           :
                                                          :
                 -against-                                :
                                                          :
General Motors Corp., ElDorado                            :
National, Inc. and Arcola Sales & Service                 :
Corp.,                                                    :
                                                          :
                    Defendants.                           :
                                                          :

**MOTION OF GENERAL MOTORS CORPORATION TO DISMISS**
**COMPLAINT OF PLAINTIFFS**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Timothy J. McHugh

affirmed on April 30, 2008, and upon the exhibits attached thereto, the accompanying

Memorandum of Law in support of this motion, and the pleadings herein, defendant, General

Motors Corporation, will move this Court, before the Honorable Justice Scheindlin, United

States District Judge, for an order pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack

of subject matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a

claim upon which relief can be granted.  In support of its motion, General Motors relies on the

insufficient allegations of plaintiffs' Complaint, filed March 11, 2008, and the reasons set forth in

the accompanying Memorandum of Law in Support of its Motion to Dismiss.

WHEREFORE, General Motors Corporation respectfully requests that the court enter an

Order in the form attached dismissing, with prejudice, the Complaint of plaintiffs for lack of

subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

Dated: New York, New York
      April 30, 2008

                    Respectfully submitted,

                    **LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

                    BY:   s/ Timothy J. McHugh
                            Timothy J. McHugh (3393)
                            420 Lexington Avenue
                            Graybar Building
                            Suite 2900
                            New York, NY 10170
                            Telephone No. (212) 319-6898
                            Facsimile No. (212) 319-6932
                            E-mail: tmchugh@lavin-law.com

                            Of Counsel:

                            Joseph E. O'Neil
                            John J. O'Donnell
                            190 North Independence Mall West
                            6th & Race Streets, Suite 500
                            Philadelphia, PA 19106
                            Telephone No. (215) 627-0303
                            Facsimile No. (215) 627-2551
                            E-mail: joneil@lavin-law.com
                            E-mail: jodonnell@lavin-law.com

                            *Attorneys for Defendant,*
                            *General Motors Corporation*

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           )       ss.:
COUNTY OF NEW YORK         )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On April 30, 2008 deponent served the within Notice of Motion to Dismiss Complaint, Affirmation in Support of Motion to Dismiss, Memorandum of Law in Support of Motion of General Motors Corporation to Dismiss Complaint and Exhibits upon:

William Fried, Esquire
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY  10016
212-592-1400
*Attorneys for Plaintiffs*

Jamison A. Diehl, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2525
212-872-8054
*Attorneys for ElDorado National, Inc.*

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320
Morristown, NJ 07960
973-644-0770
*Attorneys for Arcola Sales & Service Corp.*

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Joanne Peters

Sworn to before me this
30th day of April, 2008

TIMOTHY J. MCHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010