IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, Victory Taxi Garage Inc., Tunnel Taxi Management LLC, Downtown Taxi Management LLC, Bazar Taxi Inc., Patron Taxi LLC, Grappa Taxi LLC, Tequila Taxi LLC, Jack Daniels Taxi, LLC, Murzik Taxi Inc., Malinka Taxi Inc., Yagodka Taxi Inc., Persik Taxi Inc., Bratishka Taxi Inc., Pumo Taxi Inc., Piguet Inc., Kormilitsa Taxi Inc., Prada Taxi Inc., Student Taxi Inc., Hublot Taxi Inc., Torpedo Taxi Inc., Black Label Taxi LLC, Praga Taxi Inc., Two Hump Taxi, LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria Taxi LLC, Volba Taxi Inc., <br><br>Plaintiffs, <br><br>-against- <br><br>General Motors Corp., ElDorado National, Inc. and Arcola Sales & Service Corp., <br><br>Defendants. | **Civil Action No. 1:08-CV-02458-SAS** <br><br> **SDNY ECF FILING** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, General Motors Corporation states that it has no parent corporations. The following publicly held company beneficially owns more than 10% of General Motors Corporation's stock:

State Street Bank and Trust Company[1]

Dated: New York, New York
May 9, 2008

---

[1] Acting in various fiduciary capacities for various employee benefit plans.

Respectfully submitted,

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY:   s/ Timothy J. McHugh
      Timothy J. McHugh (3393)
      420 Lexington Avenue
      Graybar Building
      Suite 2900
      New York, NY 10170
      Telephone No. (212) 319-6898
      Facsimile No. (212) 319-6932
      E-mail: tmchugh@lavin-law.com

Of Counsel:

Joseph E. O'Neil
John J. O'Donnell
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Telephone No. (215) 627-0303
Facsimile No. (215) 627-2551
E-mail: joneil@lavin-law.com
E-mail: jodonnell@lavin-law.com

*Attorneys for Defendant,*
*General Motors Corporation*

To:   William Fried, Esquire
      Herrick, Feinstein, LLP
      2 Park Avenue
      New York, NY 10016
      212-592-1400
      *Attorneys for Plaintiffs*

Jamison A. Diehl, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2525
212-872-8054
*Attorneys for ElDorado National, Inc.*

-3-

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320
Morristown, NJ 07960
973-644-0770
*Attorneys for Arcola Sales & Service Corp.*

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On May 9, 2008 deponent served the within Corporate Disclosure Statement upon:

William Fried, Esquire
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY   10016
212-592-1400
*Attorneys for Plaintiffs*

Jamison A. Diehl, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2525
212-872-8054
*Attorneys for ElDorado National, Inc.*

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320
Morristown, NJ 07960
973-644-0770
*Attorneys for Arcola Sales & Service Corp.*

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Joanne Peters

Sworn to before me this
9th day of May, 2008

TIMOTHY J. MCHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 2010