IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Evgeny A. Freidman, Vladimir Basin,
Mamed Dzhaniyev, Victory Taxi Garage
Inc., Tunnel Taxi Management, LLC,
Downtown Taxi Management, LLC, Bazar
Taxi Inc. Patron Taxi LLC, Grappa Taxi
LLC, Cognac Taxi LLC, Calvados Taxi
LLC, Tequila Taxi LLC, Jack Daniels
Taxi LLC, Murzik Taxi Inc., Malinka
Taxi Inc., Yagodka Taxi Inc., Persik Taxi
Inc., Bratishka Taxi Inc., Pumo Taxi Inc.,
Piguet Taxi Inc., Kormilitsa Taxi Inc.,
Prada Taxi, Inc., Student Taxi, Inc., Hublot
Taxi Inc., Torpedo Taxi Inc., Black Label
Taxi LLC, Praga Taxi Inc., Two Hump Taxi
LLC, Kroshka Taxi Inc., Lacoste Taxi Inc.,
Sangria Taxi LLC, Volba Taxi Inc.,

                Plaintiffs,

      v.

General Motors Corp., ElDorado
National, Inc., and Arcola Sales &
Service Corp.,

                Defendants.

Civil Action No. 1:08-CV-02458 (SAS)

SDNY ECF FILING

-----------------------------------------------------------x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant ElDorado National, Inc. ("ElDorado"), through its undersigned counsel, hereby certifies that Thor Industries, Inc., a publicly-held corporation, is the corporate parent of ElDorado.

Dated: May 20, 2008  
      New York, New York

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: <u>/s/ Robert H. Pees</u>  
     Robert H. Pees  
     Ariane Austin Qureshi  
     Jamison A. Diehl  
     590 Madison Avenue  
     New York, New York 10022-2524  
     (212) 872-1000 (Telephone)  
     (212) 872-1002 (Facsimile)  
     rpees@akingump.com

*Attorneys for Defendant*  
*ElDorado National, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Evgeny A. Freidman, Vladimir Basin,
Mamed Dzhaniyev, Victory Taxi Garage
Inc., Tunnel Taxi Management, LLC,
Downtown Taxi Management, LLC, Bazar
Taxi Inc. Patron Taxi LLC, Grappa Taxi
LLC, Cognac Taxi LLC, Calvados Taxi
LLC, Tequila Taxi LLC, Jack Daniels
Taxi LLC, Murzik Taxi Inc., Malinka
Taxi Inc., Yagodka Taxi Inc., Persik Taxi
Inc., Bratishka Taxi Inc., Pumo Taxi Inc.,
Piguet Taxi Inc., Kormilitsa Taxi Inc.,
Prada Taxi, Inc., Student Taxi, Inc., Hublot
Taxi Inc., Torpedo Taxi Inc., Black Label
Taxi LLC, Praga Taxi Inc., Two Hump Taxi
LLC, Kroshka Taxi Inc., Lacoste Taxi Inc.,
Sangria Taxi LLC, Volba Taxi Inc.,

**Civil Action No. 1:08-CV-02458 (SAS)**

      Plaintiffs,

    v.

General Motors Corp., ElDorado
National, Inc., and Arcola Sales &
Service Corp.,

      Defendants.

-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

  I, Jamison A. Diehl, an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, hereby certify that on May 20, 2008 I caused copies of ElDorado National, Inc's (i) Motion to Dismiss Plaintiffs' Complaint, (ii) Memorandum of Law In Support of Defendant ElDorado National Inc.'s Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 12(b)1) and 12(b)(6), and (iii) Corporate Disclosure Statement to be sent to the following individuals by first class mail:

      William Fried, Esq.
      Herrick, Feinstein, LLP
      2 Park Avenue
      New York, NY 10016

Timothy J. McHugh, Esq.
420 Lexington Avenue
Graybar Building
Suite 2900
New York, NY 10170

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320
Morristown, NJ 07960

Paul H. Levinson, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue, 18th Floor
New York, NY 10016

Dated: New York, New York
       May 20, 2008

By: /s/ Jamison A. Diehl
    Jamison A. Diehl