IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, Victory Taxi Garage Inc., Tunnel Taxi Management LLC, Downtown Taxi Management LLC, Bazar Taxi Inc., Patron Taxi LLC, Grappa Taxi LLC, Tequila Taxi LLC, Jack Daniels Taxi, LLC, Murzik Taxi Inc., Malinka Taxi Inc., Yagodka Taxi Inc., Persik Taxi Inc., Bratishka Taxi Inc., Pumo Taxi Inc., Piguet Inc., Kormilitsa Taxi Inc., Prada Taxi Inc., Student Taxi Inc., Hublot Taxi Inc., Torpedo Taxi Inc., Black Label Taxi LLC, Praga Taxi Inc., Two Hump Taxi, LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria Taxi LLC, Volba Taxi Inc., <br><br>Plaintiffs, <br><br>-against- <br><br>General Motors Corp., ElDorado National, Inc. and Arcola Sales & Service Corp., <br><br>Defendants. | **Civil Action No. 1:08-CV-02458-SAS** <br><br> **SDNY ECF FILING** |

## ANSWER OF GENERAL MOTORS CORPORATION TO CROSS-CLAIM OF ARCOLA SALES & SERVICE CORPORATION

Defendant General Motors Corporation (hereinafter "General Motors") submits its answer to the Cross-Claim of Arcola Sales & Service Corporation (hereinafter "Arcola") and avers as follows:

### JURISDICTION AND VENUE

1. Denied.

2. Denied.

## ANSWER TO FIRST COUNT

3. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in Arcola's responses and affirmative defenses to the Verified Complaint.

4. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 4 of Arcola's Cross-Claim.

5. Denied. General Motors is a Delaware corporation, maintains its principal place of business in Detroit, Michigan, and is in the business of designing, manufacturing in part, assembling and selling motor vehicles to authorized dealers.

6. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 6 of Arcola's Cross-Claim.

7. Denied.

8. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 8 of Arcola's Cross-Claim.

9. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 9 of Arcola's Cross-Claim.

10. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 10 of Arcola's Cross-Claim.

11. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 11 of Arcola's Cross-Claim.

12. General Motors is without knowledge or information sufficient to form a belief about the truth of any averments set forth in paragraph 12 of Arcola's Cross-Claim.

13. Denied as to General Motors Corporation.

14. Denied as to General Motors Corporation.

## ANSWER TO SECOND COUNT

15. General Motors incorporates by reference its responses set forth in paragraphs 1 through 10 above.

16. Denied as to General Motors Corporation.

## ANSWER TO THIRD COUNT

17. General Motors incorporates by reference its responses set forth in paragraphs 1 through 12 above.

18. Denied as to General Motors Corporation.

19. Denied as to General Motors Corporation.

## ANSWER TO CLAIM FOR CONTRIBUTION

General Motors denies that Arcola possesses or can establish a right to contribution on any tort action that may have been asserted by plaintiffs.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Arcola's claims may be barred by the statute of frauds.

### Second Affirmative Defense

Arcola's claims may be barred by the doctrine of unclean hands.

### Third Affirmative Defense

Arcola's claims may be barred by failure of consideration.

### Fourth Affirmative Defense

Arcola's claims may be barred by failure of a condition precedent to any remedy sought against General Motors.

**Fifth Affirmative Defense**

Arcola may have failed to mitigate its alleged damages, if any.

**Sixth Affirmative Defense**

General Motors hereby reserves the right upon completion of investigation and discovery, which is ongoing and incomplete, to file such additional affirmative defenses, counterclaims and/or third party complaints as may be appropriate.

WHEREFORE, General Motors demands the entry of judgment in its favor and against Arcola with respect to all counts together with costs of suit and such other relief as the Court deems just.

Dated: New York, New York
       May 21, 2008

>    Respectfully submitted,
>
>    **LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**
>    BY:___s/Timothy J. McHugh_____
>         Timothy J. McHugh (3393)
>         420 Lexington Avenue
>         Suite 2900
>         New York, NY  10170
>         Telephone No.  (212) 319-6898
>         Facsimile No.  (212) 319-6932
>         E-mail: tmchugh@lavin-law.com
>
>    Of Counsel:
>
>    Joseph E. O'Neil
>    John J. O'Donnell
>    190 North Independence Mall West
>    6th & Race Streets, Suite 500
>    Philadelphia, PA  19106
>    Telephone No.  (215) 627-0303
>    Facsimile No.  (215) 627-2551
>    E-mail: joneil@lavin-law.com
>    E-mail: jodonnell@lavin-law.com
>
>    *Attorneys for Defendant,*
>    *General Motors Corporation*

1129501v1

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On May 21, 2008 deponent served the within Notice of Answer of General Motors Corporation to the Cross-Claim of Arcola Sales & Service Corporation upon:

William Fried, Esquire
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY   10016
212-592-1400
*Attorneys for Plaintiffs*

Jamison A. Diehl, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2525
212-872-8054
*Attorneys for ElDorado National, Inc.*

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320
Morristown, NJ 07960
973-644-0770
*Attorneys for Arcola Sales & Service Corp.*

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Joanne Peters

Sworn to before me this
21st day of May, 2008

Notary Public

TRACEY WHISNANT
Commissioner of Deeds
City of New York - No.4-5369
Certificate Filed in New York County
Commission Expires May 1, 2010