UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVGENY A. FREIDMAN, VLADIMIR BASIN,
MAMED DZHANIYEV, ET AL.

                Plaintiffs,

- against -

GENERAL MOTORS CORP., ELDORADO NATIONAL,
INC., and ARCOLA SALES & SERVICE CORP.,

                Defendants.

---

JUDGE

No. 08-CV-02458 (SAS)

**STIPULATION AND ORDER
EXTENDING TIME**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Cross-Claim Plaintiff Arcola Sales & Service Corp. ("Arcola") and counsel for Cross-Claim Defendant ElDorado National, Inc. ("ElDorado") in the above-captioned action, that the time for ElDorado to answer, move against, or otherwise respond to Arcola's Cross-Claim is hereby extended to June 23, 2008.

AkinGump         5/20/2008 2:28 PM    PAGE    4/004    Fax Server

Dated:   New York, New York
        May 20, 2008

                         AKIN GUMP STRAUSS HAUER & FELD, LLP

By: _____
     Jamison A. Diehl
     590 Madison Avenue
     New York, NY 10022-2525
     Telephone:   (212) 872-8054
     Fax:         (212) 872-1002
     jdiehl@akingump.com

Counsel for Defendant and Cross-Claim Defendant ElDorado National, Inc.

                         MCLAUGHLIN & STERN, LLP

By: _____
     Paul H. Levinson
     260 Madison Avenue, 18th Floor
     New York, NY 10016
     Telephone:   (212) 448-6279
     plevinson@mclaughlinstirn.com

Counsel for Defendant and Cross-Claim Plaintiff Arcola Sales & Service Corp.

SO ORDERED:

_____  May 22, 2008
Hon. Shira A. Scheindlin
United States District Judge

2