IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Evgeny A. Freidman, Vladimir Basin,
Mamed Dzhaniyev, Victory Taxi Garage
Inc., Tunnel Taxi Management, LLC,
Downtown Taxi Management, LLC, Bazar
Taxi Inc. Patron Taxi LLC, Grappa Taxi
LLC, Cognac Taxi LLC, Calvados Taxi
LLC, Tequila Taxi LLC, Jack Daniels
Taxi LLC, Murzik Taxi Inc., Malinka
Taxi Inc., Yagodka Taxi Inc., Persik Taxi
Inc., Bratishka Taxi Inc., Pumo Taxi Inc.,
Piguet Taxi Inc., Kormilitsa Taxi Inc.,
Prada Taxi, Inc., Student Taxi, Inc., Hublot
Taxi Inc., Torpedo Taxi Inc., Black Label
Taxi LLC, Praga Taxi Inc., Two Hump Taxi
LLC, Kroshka Taxi Inc., Lacoste Taxi Inc.,
Sangria Taxi LLC, Volba Taxi Inc.,

                         Plaintiffs,

          v.

General Motors Corp., ElDorado
National, Inc., and Arcola Sales &
Service Corp.,

                         Defendants.

-----------------------------------------------------------x

Civil Action No. 1:08-CV-02458 (SAS)



## STIPULATION AND ~~[PROPOSED]~~ ORDER

WHEREAS, Plaintiffs filed a complaint in the above-captioned action on March 11, 2008 (the "Complaint"); and

WHEREAS, Defendant Arcola Sales & Service Corp. ("Arcola") filed its answer and cross claimed against Defendants General Motors Corporation ("General Motors") and ElDorado National, Inc. ("ElDorado") on April 30, 2008 (the "Answer and Cross Claim"); and

WHEREAS, Defendants General Motors and ElDorado each filed motions to dismiss the Complaint for failure to state a claim on April 30, 2008 and May 21, 2008 (together, the "Motions to Dismiss"), respectively; and

WHEREAS, Plaintiffs filed their First Amended Complaint on June 9, 2008 (the "Amended Complaint"); and

WHEREAS, the parties intend to attempt to resolve this dispute through mediation, and desire to establish a briefing schedule that affords adequate time to achieve such resolution;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the respective parties, as follows:

1. The Motions to Dismiss are hereby withdrawn without prejudice;

2. Defendants consent to Plaintiffs' amendment of their pleading and, therefore, Plaintiffs' First Amended Complaint is the operative complaint in this action (and Arcola's Cross-Claim will apply to the First Amended Complaint);

3. Defendants shall submit answers to, or opening briefs in support of any motions to dismiss, Plaintiff's Amended Complaint, which briefs shall be coordinated to the extent possible, on or before August 30, 2008;

4. Answering briefs to all motions referenced in paragraph 3 shall be filed on or before September 30, 2008, which briefs shall be coordinated to the extent possible;

5. Reply briefs in further support of the motions referenced in paragraph 3 shall be filed on or before October 30, 2008, with the parties coordinating such briefs to the extent possible;

6. ElDorado shall submit its answer to, or an opening brief in support of any motion to dismiss, Arcola's Cross Claim, on or before August 30, 2008, and the dates for Arcola's

answering brief and ElDorado's reply brief, if any, shall coincide with the dates set forth in paragraphs 4 and 5, respectively.

Dated: June 18, 2008

*William Fried* by RIH

William Fried
Inbal Baum
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400 (Telephone)
*Attorneys for Plaintiffs*

*Timothy J. McHugh* by RIH

Timothy J. McHugh
420 Lexington Avenue
Graybar Building
Suite 2900
New York, NY 10170
(212) 319-6898 (Telephone)
*New York Co-Counsel for*
  *General Motors Corporation*

Of Counsel:

Joseph E. O'Neil
John J. O'Donnell
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
(215) 627-0303 (Telephone)
*Attorneys for General Motors Corporation*

Robert H. Pees
Ariane Austin Qureshi
Jamison A. Diehl
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
*Attorneys for ElDorado National, Inc.*

*Paul Levinson* by RIH

Paul H. Levinson
Magnolia D. Levy
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10037
(212) 448-1100 (Telephone)
*New York Co-Counsel for Arcola*
  *Sales & Service Corp.*

Of Counsel:

Christopher E. Hartmann
Wacks & Hartmann, LLC
404 Park Avenue South, 14th Floor
New York, NY 10016
(212) 481-2744
*Attorneys for Arcola Sales & Service Corp.*

3

**IT IS SO ORDERED**, this \_\_19\_\_ day of \_\_June\_\_, 2008

_____
Honorable Shira A. Scheindlin, U.S.D.J.