IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Evgeny A. Freidman, Vladimir Basin, Mamed Dzhaniyev, Victory Taxi Garage Inc., Tunnel Taxi Management LLC, Downtown Taxi Management LLC, Bazar Taxi Inc., Patron Taxi LLC, Grappa Taxi LLC, Tequila Taxi LLC, Jack Daniels Taxi, LLC, Murzik Taxi Inc., Malinka Taxi Inc., Yagodka Taxi Inc., Persik Taxi Inc., Bratishka Taxi Inc., Pumo Taxi Inc., Piguet Inc., Kormilitsa Taxi Inc., Prada Taxi Inc., Student Taxi Inc., Hublot Taxi Inc., Torpedo Taxi Inc., Black Label Taxi LLC, Praga Taxi Inc., Two Hump Taxi, LLC, Kroshka Taxi Inc., Lacoste Taxi Inc., Sangria Taxi LLC, Volba Taxi Inc., <br><br>Plaintiffs, <br><br>-against- <br><br>General Motors Corp., ElDorado National, Inc. and Arcola Sales & Service Corp., <br><br>Defendants. |  <br><br>Civil Action No. 1:08-CV-02458-SAS <br><br>**STIPULATION AND ORDER FOR REVISED BRIEFING SCHEDULE** <br><br> |

### STIPULATION FOR REVISED BRIEFING SCHEDULE

WHEREAS, the parties entered into a Stipulation and Order dated June 20, 2008 (hereinafter "June Stipulation and Order"), a true and accurate copy of which is attached as Exhibit "A."

WHEREAS, the parties still intend to attempt to resolve this dispute through mediation and desire to establish a revised briefing schedule that affords adequate time for the mediation to occur before any further motion practice or pleadings are required to be filed.

WHEREAS, the parties desire to adhere to the June Stipulation and Order in all other respects.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the respective parties, as follows:

1. The deadline set forth in paragraph 3 of the June Stipulation and Order shall be extended to October 30, 2008.

2. The deadline set forth in paragraph 4 of the June Stipulation and Order shall be extended to November 30, 2008.

3. The deadline set forth in paragraph 5 of the June Stipulation and Order shall be extended to December 30, 2008.

4. The deadline set forth in paragraph 6 of the June Stipulation and Order shall be extended to October 30, 2008.

DATED: August 20, 2008

William Fried
Inbal Baum
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400 (Telephone)
*Attorneys for plaintiffs*

Timothy McHugh
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Avenue
Graybar Building, Suite 2900
New York, New York 10170
(212) 319-6898 (Telephone)
*New York Co-Counsel for General Motors Corporation*

Of Counsel:

Joseph E. O'Neil
John J. O'Donnell
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West, Suite 500
Philadelphia, Pennsylvania 19106
(215) 627-0303 (Telephone)
*Attorneys for General Motors Corporation*

_[signature]_  
Robert H. Pees  
Ariane Austin Qureshi  
Jamison A. Deihl  
Akin, Gump, Strauss, Hauer & Feld LLP  
59- Madison Avenue  
New York, New York 10022-2524  
(212) 872-1000 (Telephone)  
*Attorneys for ElDorado National, Inc.*

_[signature]_  
Paul H. Levinson  
Magnolia D. Levy  
McLaughlin & Stern LLP  
260 Madison Avenue  
New York, New York 10037  
(212) 448-1110 (Telephone)  
*New York Co-Counsel for Arcola Sales & Service Corp.*

Of Counsel:

Christopher E. Hartmann  
Wacks & Hartmann, LLC  
404 Park Avenue South, 14th Floor  
New York, New York 10016  
(212) 481-2744 (Telephone)  
*Attorney for Arcola Sales & Service Corp.*

**IT IS SO ORDERED**, this 21 day of Aug, 2008.

_[signature]_  
Honorable Shira A. Scheindlin, U.S.D.J.