UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

EVGENY A. FREIDMAN, *et al.*,

            Plaintiffs,

   - against -

GENERAL MOTORS CORP., ELDORADO
NATIONAL, INC., and ARCOLA SALES &
SERVICE CORP.,

           Defendants.

--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09

**ORDER**

**08 Civ. 2458 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The law firm of Herrick Feinstein LLP has requested leave of this

Court to withdraw as counsel to the plaintiffs. The motion is hereby granted.

This case is stayed until July 22, 2009, so that plaintiffs may seek out new counsel.

The briefing schedule previously established for defendant Arcola Sales & Service

Corporation's proposed motion for summary judgment is modified as follows:

Plaintiffs' opposition is due August 10, 2009. Arcola's reply is due August 24,

2009. A status conference will be held on July 23, 2009, at 4:30 p.m. Should

plaintiffs fail to appear, defendants will be permitted to move for dismissal for

failure to prosecute. Plaintiffs are hereby notified that – pursuant to the local rules

of this Court – corporations, partnerships, and limited liability companies must

appear through counsel.  Therefore, plaintiffs may not appear at the July 23

conference without an attorney.  Herrick Feinstein is ordered to provide a copy of

this Order to its former clients.  The Clerk of the Court is directed to close this

motion (Docket No. 71).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            June 30, 2009

2

## - Appearances -

**For Plaintiffs:**

William R. Fried, Esq.
Inbal Baum, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(212) 592-1400

**For Defendant GM:**

Timothy John McHugh, Esq.
Lavin O'Neil Ricci Cedrone & Disipio
190 N. Independence Mall West
Philadelphia, PA 19086
(215) 415-8202

**For Defendant Arcola:**

Paul Howard Levinson, Esq.
McLaughlin and Stern, LLP
260 Madison Ave
New York, NY 10016
(212) 448-6279

Christopher E. Hartmann, Esq.
Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320
Morristown, NJ 07960
(973) 644-0770